UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN ALVAREZ, *individually*           CASE NO.: 1:23-cv-07261-JRC
*and on behalf of others similarly situated,*

                *Plaintiff*,

                                                          **FINAL JUDGMENT**

vs.

PICCOLO SOGNO PIZZERIA-TRATTORIA
CORP., a New York corporation, and
MAURIZIO BORTOLUS, an individual,

                *Defendants,*
-----------------------------------------------------------x

      WHEREAS, on or about April 3, 2024, Defendants, PICCOLO SOGNO PIZZERIA-TRATTORIA CORP. and MAURIZIO BORTOLUS, Individually, extended to Plaintiff, JOHN ALVAREZ, an Offer of Judgment pursuant to Fed. R. Civ. P. 68, in the amount of SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($17,500.00); JOHN ALVAREZ, accepted that offer, and filed the offer, and his acceptance thereof, with this Court;

      NOW THEREFORE, pursuant to Fed. R. Civ. P. 68, it is hereby ADJUDGED and DECREED, that Plaintiff, JOHN ALVAREZ, have judgment against Defendants, PICCOLO SOGNO PIZZERIA-TRATTORIA CORP. and MAURIZIO BORTOLUS, Individually, jointly and severally, in the amount of SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($17,5000.00), inclusive of all legal fees, interest, and costs, with such judgment to be paid immediately.

      All pending motions are denied as moot, and the Clerk of Court is directed to administratively close this case.

      DATED: Brooklyn, New York
              April 8, 2024

                                                        **BRENNA B. MAHONEY**
                                                        **CLERK OF COURT**

                                                  **by:** *Jalitza Poveda*
                                                     **Deputy Clerk**